# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:05CR204-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| TIMOTHY RAY MEDLIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's "Motion To Suppress Evidence; Request for Hearing" (document #25) filed April 12, 2006. Before a hearing is scheduled on Defendant's motion, counsel will be required to meet <u>in person</u> to discuss their respective positions, including the possibility of a mutually acceptable plea agreement. Thereafter, unless Defendant explicitly withdraws his motion, the undersigned will require a written response from the Government.

**NOW THEREFORE**, in the interest of the fair and efficient administration of justice:

1. Counsel shall meet <u>in person</u> **on or before Thursday, May 4, 2006,** to discuss their respective positions – both regarding a fair and appropriate disposition of the charges generally, and regarding Defendant's Motion To Suppress in particular.

2. Unless Defendant has withdrawn his Motion to Suppress **on or before Thursday, May 11, 2006**, the Assistant U.S. Attorney (AUSA) handling this case (Robert J. Gleason) shall prepare and file a written response to Defendant's contentions on that date. <u>In addition to filing, a copy of the Government's response shall be hand-delivered to the chambers of the undersigned the same day it is filed</u>.

3.  If the "Motion to Suppress Evidence" is <u>not</u> withdrawn, a hearing shall be held thereon on **Thursday, May 18, 2006, at 10:00 a.m.**, in the U.S. Magistrate Judge's Courtroom, First Floor, U.S. Courthouse, 401 W. Trade Street, Charlotte, N.C.

4.  The Clerk is directed to send a copy of this Order to defense counsel; AUSA Robert J. Gleason; <u>and to the Honorable Graham C. Mullen</u>.

**SO ORDERED.**

Signed: April 13, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge