# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:05CR204-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TIMOTHY RAY MEDLIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Second Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. As the Government has retracted its request for leave to dismiss without prejudice through this motion, this motion is hereby **GRANTED** and this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Signed: June 13, 2006

Graham C. Mullen
United States District Judge